# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WAYNE THIBODAUX

NO. 2019 CW 1324

VERSUS

HOUMA-TERREBONNE HOUSING
AUTHORITY

FEB 1 0 2020

---

In Re: Houma-Terrebonne Housing Authority, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 183549.

---

**BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT